**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| C. COOK,<br><br>          Plaintiff,<br><br>     v.<br><br>CAESAR FLORES, et al.,<br><br>          Defendants. | No. SA CV 17-1279-R (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: January 31, 2018

                                            HONORABLE MANUEL L. REAL
                                            UNITED STATES DISTRICT JUDGE